IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. CR408-315 |
| ANTONIO DAWON WOODLEY, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 775.) In the report, Magistrate Judge G.R. Smith recommends that Defendant Antonio Dawon Woodley be found competent to stand trial. Neither Defendant nor the Government objected to the psychiatric report's conclusion that Defendant was competent to stand trial.[1] After a careful review of the record, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the Opinion of the Court. Accordingly, the Court finds Defendant **competent** to stand trial.

SO ORDERED this 12th day of January, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While Defendant did not stipulate to the psychiatric report's findings, he declined to offer any objection to the report or present any additional evidence concerning his competency. (Doc. 777.)