IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO DAWON WOODLEY,       )
                             )
    Petitioner,              )
                             )
v.                           )    CASE NOS. CV413-167
                             )              CR408-315
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )
                             )

## O R D E R

Before the Court is Petitioner Antonio Dawon Woodley's Motion for Reconsideration. (Doc. 13.) In the motion, Petitioner seeks reconsideration of this Court's order (Doc. 10) adopting the Magistrate Judge's Report and Recommendation (Doc. 7), and dismissing his 28 U.S.C. § 2255 petition. After carefully reviewing Petitioner's motion and the record in this case, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's motion is **DENIED**.

Along with alleging errors of law, Petitioner contends that the Court failed to consider his timely objections. (Doc. 13 at 1-2.) Indeed, the order adopting the Report and Recommendation stated that Petitioner filed no objections. (Doc. 10 at 1.) This Report and Recommendation was the second issued by the Magistrate

Judge and came after Petitioner was granted leave to amend his § 2255 petition. (Doc. 7 at 1.) The objections Petitioner cites are those he filed in response to the first Report and Recommendation. In any event, the Court did consider those objections when assessing the merits of the § 2255 petition. However, those objections lacked merit and did not serve to dissuade this Court from adopting the Magistrate Judge's second Report and Recommendation, which incorporated the first, and deny his § 2255 petition.

SO ORDERED this 2ND day of April 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA