## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

```
UNITED STATES OF AMERICA        )
                                )
v.                              )   CASE NO. 4:08-cr-315-45
                                )
Antonio Dawon Woodley,          )
      Defendant.                )
                                )
_____ )
```

### O R D E R

Before the Court is Defendant Woodley's request for appointment of counsel (Doc. 1683). In the request, Defendant seeks appointed counsel to assist in determining his eligibility for a sentence reduction pursuant to the First Step Act of 2018. After careful consideration, Defendant's motion is **DENIED**.

Defendants seeking sentence reductions pursuant to 18 U.S.C. § 3582 have no statutory or constitutional right to appointed counsel, United States v. Webb, 565 F.3d 789, 795 (11th Cir. 2009), which the Court has determined unnecessary in this case. In addition, the Court notes that it will independently review Defendant's case to determine if Defendant is entitled to a sentence reduction pursuant to the First Step Act, the Act under which Defendant is seeking relief.

Defendant's Motion for appointment of counsel is **DENIED**.

SO ORDERED this _10th_ day of December, 2020.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA