IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>ANTONIO DAWON WOODLEY,         )<br>)<br>    Defendant.                  )<br>_____ ) | CASE NO. CR408-315 |

O R D E R

Before the Court is Defendant Antonio Woodley's Motion for Reconsideration (Doc. 1704), which the Government has opposed (Doc. 1706). In his motion, Defendant seeks reconsideration of this Court's order denying his motion for sentence reduction. (Doc. 1701.) Defendant argues that the Court, in its prior order, "never pointed specifically to anything in particular that was or was not applicable in denying [Defendant's] 3582 motion for sentence reduction" and "did not consider [Defendant's] motion in its entirety . . . ." (Doc. 1704 at 1.) Despite Defendant's contentions, the Court did consider Defendant's eligibility for a reduced sentence pursuant to § 404 of the First Step Act. (Doc. 1701 at 2.) The Court, however, ultimately denied Defendant's motion because the First Step Act only applies to certain offenses involving cocaine base, and Defendant was attributed only with cocaine hydrochloride. (Id.) Additionally, the Court noted that Defendant was sentenced

pursuant to 21 U.S.C. § 841(b)(1)(C), which was not amended by the Fair Sentencing Act. (Id.) For these reasons, the Court found that Defendant was not convicted of a "covered offense" for the purposes of the First Step Act and was, therefore, not eligible for a sentence reduction. (Id.) Based on the foregoing, the Court can find no reason to disturb its prior order. Accordingly, Defendant's motion (Doc. 1704) is **DENIED**.[1]

SO ORDERED this 3rd day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Also pending before the Court is Defendant's Motion for Status Review, in which Defendant requests that the Court review his motion for sentence reduction. (Doc. 1699 at 1-2.) As the Court has already ruled on Defendant's motion for sentence reduction, Defendant's motion for status review (Doc. 1699) is **DISMISSED AS MOOT**.

2