IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA       )
                               )
v.                             )   CASE NO. CR408-315
                               )
ANTONIO DAWON WOODLEY,         )
                               )
     Defendant.                )
                               )
```

## O R D E R

Before the Court is Defendant Antonio Dawon Woodley's Motion Pursuant to Rule 60(b) (Doc. 1725), which the Government has opposed (Doc. 1729).[1] In his motion, Defendant seeks relief from the Court's order (Doc. 1547) denying him a sentence reduction (Doc. 1725 at 1). As the Government noted in its response, Federal Rule of Civil Procedure 60(b) does not apply in criminal cases. (Doc. 1729 at 1); see United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) ("Rule 60(b) simply does not provide for relief from judgment in a criminal case . . . ."); United States v. Diaz, 359 F. App'x 965, 966 (11th Cir. 2010) (finding district court lacked jurisdiction to entertain

---

[1] Defendant has also filed a separate motion titled, "Motion: Order to Show Cause of Why Petitioner Rule 60(b) Motion Was Not Answered." (Doc. 1724.) In this motion, Defendant requests that the Court explain why it did not rule on a Rule 60(b) motion Defendant claims to have filed in 2017. (Id. at 1.) Defendant did not identify the Rule 60(b) motion he is referring to, and the Court cannot locate the motion on the docket. Accordingly, Defendant's motion (Doc. 1724) is **DENIED**.

Rule 60(b) motion brought in a criminal case). Accordingly, Defendant's motion pursuant to Rule 60(b) (Doc. 1725) is **DENIED**.

SO ORDERED this 1ST day of April 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA